NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**JACOBS VEHICLE EQUIPMENT CO.,**
*Plaintiff/Counterclaim Defendant-*
*Cross Appellant,*

AND

**DANAHER CORPORATION,**
*Counterclaim Defendant-*
*Cross Appellant,*

v.

**PACIFIC DIESEL BRAKE COMPANY**
AND **SHARLAMEN HOLDINGS, LTD.,**
*Defendants-Appellants,*

AND

**JENARA ENTERPRISES, LTD.,**
*Defendant/Counterclaimant-*
*Appellant.*

———————————

2012-1193, -1194

———————————

Appeal from the United States District Court for the District of Connecticut in case No. 93-CV-1093, Judge Robert N. Chatigny.

---

**JUDGMENT**

---

PATRICK J. COYNE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, of Washington, DC, argued for plaintiff/counterclaim defendant-cross appellants. Of counsel on the brief were CHRISTOPHER B. MEAD, London and Mead, of Washington, DC, and MARK L. AUSTRIAN, Kelley Drye & Warren, LLP, of Washington, DC.

JOSEPH W. BERENATO, III, Berenato & White, LLC, of Bethesda, Maryland, argued for defendants appellants/counterclaimant appellant. With him on the brief was DAVID S. TAYLOR. Of counsel was MATTHEW STAVISH,

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge,* DYK, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 16, 2013          /s/ Jan Horbaly
      Date          Jan Horbaly
            Clerk